JDУ

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Oscar Rene LA MADRID-Zepeda**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 

Magistrate Case No. **'07 MJ 2587**

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section
1324(a)(2)(B)(iii)–
Bringing in Illegal Aliens
Without Presentation

The undersigned complainant being duly sworn states:

On or about **November 1, 2007**, within the Southern District of California, defendant **Oscar Rene LA MADRID-Zepeda**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **David GUTIERREZ-Navarro, Esmeralda MENDOZA-Palos and Araceli ARCE-Jaramillo**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of  Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and
Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF
NOVEMBER, 2007.

UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Elizabeth Rangel-Machuca, declare under penalty of perjury the following to be true and correct:

The complainant states that **David GUTIERREZ-Navarro, Esmeralda MENDOZA-Palos and Araceli ARCE-Jaramillo** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Thursday, November 1, 2007, at approximately 11:47 PM **Oscar Rene LA MADRID-Zepeda** (Defendant) made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 2003 Oldsmobile Alero. A Customs and Border Protection (CBP) officer working inspection booth number sixteenth initiated an inspection. Defendant claimed to be a United States citizen and presented a California Drivers License as proof of his claim to United States citizenship and claimed ownership of the vehicle. Defendant was asked what, if anything, he was bringing from Mexico. Defendant gave a negative declaration. The officer conducted an inspection of the vehicle and discovered persons concealed in the trunk. Defendant and vehicle were escorted to secondary inspection.

In secondary inspection, Defendant was queried by fingerprint and photographed comparison through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a deported alien and citizen of Mexico. Defendant's identity was verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS linked Defendant to FBI and Immigration Service records.

Immigration Service records checks; including Deportable Alien Control System identified. Defendant as a deported alien. DACS information indicated that Defendant was last ordered removed by an Immigration Judge, from the United States on or about January 9, 1998. Immigration Service records contain no evidence that Defendant had applied for or received permission form the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

Further investigation revealed the three individuals to be citizens and nationals of Mexico with no entitlements to enter the United States. The three individuals are now identified as material witnesses **David GUTIERREZ-Navarro (MW1), Esmeralda MENDOZA-Palos (MW2) and Araceli ARCE-Jaramillo (MW3).**

**Continued...**

**PROBABLE CAUSE STATEMENT CONTINUATION SHEET**
**RE: Oscar Rene LA MDRID-Zepeda**
**CASE: SYS-07-11-455**
**A37 781 805**

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to
submit to questioning without benefit to counsel. Defendant admitted knowledge to smuggling
aliens concealed inside the trunk. Defendant admitted he was going to receive approximately

probable cause to believe that the defendant named thereon committed the offense on November
, 2007 in violation of Title 8, United States Code, Section 1324.

_____                  11-3-07 @ 10:34 a.m.
United States Magistrate Judge                    _____
                                                  DATE / TIME

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

**PROBABLE CAUSE STATEMENT CONTINUATION SHEET**
**RE: Oscar Rene LA MDRID-Zepeda**
**CASE: SYS-07-11-455**
**A37 781 805**

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge to smuggling aliens concealed inside the trunk. Defendant admitted he was going to receive approximately $800.00 USD for smuggling aliens into the United States. Defendant admitted he possesses no document of other benefit that would permit his legal entry into the United States. Defendant admitted that he has been previously deported from the United States and removed to Mexico. Defendant admitted that he intended to enter the United States in order to deliver the vehicle and concealed aliens to a grocery store in San Ysidro, California. Defendant admitted a man in Tijuana provided him with the California Drivers License to facilitate his attempt to enter the United States.

On separate videotaped interviews, all involved Material Witnesses declared they are citizens of Mexico who have no legal right to enter the United States. MW1 stated he was intended to travel to Salinas, California to seek employment and was going to be accompanied by MW2. MW3 Stated she was going to Los Angeles, California and reside with her aunt. Involving Material Witnesses stated they were each going to pay approximately $3,200.00 USD to be smuggled into the United States.

EXECUTED ON THIS 2st DAY OF **November 2007** at **1700.**

_____
Elizabeth Rangel-Machuca / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(2)** pages, I find probable cause to believe that the defendant named therein committed the offense on **November 1 , 2007** in violation of Title 8, United States Code, Section 1324.

_____
United States Magistrate Judge

_____
DATE / TIME

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**