# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff          )      CRIMINAL NO. _07MJ2587_
                                   )
                                   )            ORDER
        vs.                        )
                                   )      RELEASING MATERIAL WITNESS
Oscar Rene La Madrid-Zepeda        )
                                   )
                                   )      Booking No.
                Defendant(s)       )
_____)

On order of the United States District/Magistrate Judge,   NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Esmerelda Mendoza-Palos

DATED: _11-16-07_

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

                                  W. SAMUEL HAMRICK, JR.   Clerk

                                  by _____
                                       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95          ☆ U.S. GPO: 2003-581-774/70082