# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　)<br>　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　)<br>Oscar Rene La Madrid-Zepeda )<br>　　　　　　　　　　　　　)<br>　　　　　Defendant(s)　　)<br>_____) | CRIMINAL NO. 07MJ2587<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　On order of the United States District/Magistrate Judge, **NITA L. STORMES**

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**David Gutierrez-Navarro**

DATED: 11-16-07

NITA L. STORMES

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　OR
　　　　　　DUSM

　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.  Clerk
　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　Deputy Clerk