UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07CR3084-IEG |
| | ) | |
| vs. | ) | ORDER |
| Oscar Rene La Madrid-Zepeda | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. 94203008 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Esmeralda Mendoza-Palos

DATED: 11-20-07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062