UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>Oscar Rene La Madrid-Zepeda )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3084-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 94203008 |

On order of the United States District/<u>Magistrate Judge</u>,   NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Araceli Arce-Jaramillo

DATED: 11-20-07

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
            Deputy Clerk