```
1  MARILYN B. GUNNER, ESQ. SB# 149540
   P.O. Box 605
2  La Mesa, Ca.  91944-0605
   Telephone: (619) 461-8716
3  Fax:       (619) 461-6795

4  Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No: 07cr3084 IEG |
|  | ) |  |
| PLAINTIFF, | ) | Magistrate No:   07mj2587 NLS |
| V. | ) |  |
|  | ) |  |
| OSCAR RENE LA MADRID-ZEPEDA, | ) |  |
|  | ) | PROOF OF SERVICE |
| DEFENDANT. | ) |  |
|  | ) |  |

1. I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is P. O. Box 605, La Mesa, California 91944.

2. On April 29, 2008, I served the document(s) described below as:
(3) EX PARTE MOTION TO EXONERATE MATERIAL WITNESS BONDs w/EXHIBITs for Araceli Arce-Jaramillo, Esmeralda Mednoza-Palos, and David Navarro-Gutierrez

BY ELECTRONIC FILING TO:

All parties named in the Docket for service via ECF; Siri Shetty: attyshetty@yahoo.com, US ATTORNEY Andrew G. Schopler: Andrew.Schopler@usdoj.gov , Efile.dkt.gc2@usdoj.gov

and the proposed Orders to Exonerate the Bond by E-mail to those same parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 29, 2008, San Diego, California.

                              S/ MARILYN B. GUNNER
                              Attorney for Material Witness
                              E-MAIL: mgunner@cox.net